March 09, 2012

Mr. Robert Ruotolo
Busch Ruotolo & Simpson, L.L.P.
100 Crescent Court, Suite 250
Dallas, TX 75201

Honorable Fred W. Davis
17th District Court
401 W. Belknap
Fort Worth, TX 76196-0220
Mr. Timothy G. Chovanec
Fielding, Parker & Hallmon, L.L.P.
314 Main Street, Suite 300
Fort Worth, TX 76102

RE: Case Number: 10-0687
 Court of Appeals Number: 02-10-00298-CV
 Trial Court Number: 067-243727-10

Style: IN RE FRANK KENT MOTOR COMPANY D/B/A FRANK KENT CADILLAC

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Thomas A. |
| |Wilder |
| |Ms. Debra Spisak |